NUMBER
13-05-746-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_______________________________________________________

 

KENDRA RAMSEY,                                                   Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

_______________________________________________________

 

                  On
appeal from the 105th District Court 

                           of
Nueces County, Texas.

_______________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, KENDRA RAMSEY,
perfected an appeal from a judgment entered by the 105th
District Court of Nueces County, Texas, in cause number 05-CR-2784-D.  Appellant has
filed a motion to dismiss the appeal. 
The motion complies with Tex. R.
App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

Memorandum Opinion
delivered and 

filed this the 2nd day of March, 2006.